# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153924(131)(132)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

JOVON CHARLES DAVIS,
　　　　　Defendant-Appellant.

SC: 153924
COA: 320773
Berrien CC: 13-000303-FC

_____/

　　　　On order of the Chief Justice, the motions of defendant-appellant to amend his application for leave to appeal and to exceed the page limitation of MCR 7.305(A)(1) are GRANTED. The 76-page amended application submitted on August 2, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2016



Clerk